IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,         } | |
|     Plaintiff,         } | |
| } | |
| vs.         } | Case No. 05-20066-01-KHV |
| } | |
| BENNIE J. HERRING II,         } | |
|     Defendants.         } | |

### ORDER

NOW on this 30th day of November, 2005, the above captioned matter comes on before the Court on Defendant's application to set a specific date for entry of a plea of guilty (Doc. #20). After being duly advised in the matter the Court finds that Defendant's application should be granted.

Therefore, the Court sets this matter for change of plea on the 21st day of December, 2005 at 1:30 p.m. The Court specifically finds that any time between November 28, 2005, the filing of Defendant's application, until the 21st day of December, 2005, the date set for plea, should be excluded from speedy trial calculations under Title 18 U.S.C. §3161(h)(1)(A). Specifically, the Court finds that the ends of justice are served by setting a specific date for a plea and allowing counsel sufficient opportunity to travel to Springfield, Missouri to view the plea documents with Defendant so Defendant will be prepared to answer the Court's questions concerning the voluntary nature of the plea. Further, the Court finds that the ends of justice so served outweigh both the interests of the Defendant and the public in a speedy trial.

IT IS SO ORDERED.

                                            s/ Kathryn H. Vratil
                                            Kathryn H. Vratil
                                            UNITED STATES DISTRICT JUDGE